UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-00134-WWB-EJK

HOWARD COHAN,

    Plaintiff,

vs.

KOHL'S, INC.
a Foreign Profit Corporation
d/b/a KOHL'S

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, KOHL'S, INC., a Foreign Profit Corporation, d/b/a KOHL'S, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED July 6, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Joel Griswold** |
| Gregory S. Sconzo, Esq. | Joel Griswold |
| Florida Bar No.: 0105553 | Florida Bar No.: 100827 |
| Sconzo Law Office, P.A. | Email: jcgriswold@bakerlaw.com |
| 3825 PGA Boulevard, Suite 207 | Nailah Bowen |
| Palm Beach Gardens, FL 33410 | Florida Bar No.: 1032083 |
| Telephone: (561) 729-0940 | Email: nbowen@bakerlaw.com |
| Facsimile: (561) 491-9459 | BAKER & HOSTETLER LLP |
| Email: greg@sconzolawoffice.com | 200 South Orange Avenue |

1

| | |
|---|---|
| Email: samantha@sconzolawoffice.com<br>Secondary Email: alexa@sconzolawoffice.com<br>Attorney for Plaintiff | Suite 2300<br>Orlando, FL  32801<br>Telephone:  407.649.4000<br>Facsimile:  407.841.0168<br>ATTORNEYS FOR<br>DEFENDANT |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**